UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20314-CR-KING      Date: April 8, 2022   Judge James Lawrence King
Defendant: **Simeon McDonald**      Defense counsel: Stewart G. Abrams, AFPD
AUSA: Hillary Irvin      U.S. Probation: Bran Alvarado

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count   I |  | 24 |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT  ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
(**X**) The court orders restitution (TO BE DETERMINED within 3 months) jointly and severally
( ) Count remaining dismissed _____
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  | YEARS |
|---|---|
| Count   I | 3 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
(**X**) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions   (**X**) Unpaid Restitution and Fines

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   Designation at Facility in the State of Florida
(**X**)The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.       *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts the Report & Recommendation for the Change of Plea by the U.S. Magistrate, and Adjudicate the defendant Guilty of Count 1 of the Indictment
- Defense Objections to the Pre-Sentence Investigation Report
- The Court finds that the Objections be and the same is hereby - **DENIED**
- Defense Ore Tenus Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby - **GRANTED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: James Pence